# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TYRONE O. BRYANT** | : | **NO. 96-545-1** |

## ORDER

**NOW**, this 1st day of May, 2024, upon consideration of the Defendant's Supplemental Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e)(1) (Doc. No. 179) and the government's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant's term of supervised release is **TERMINATED**.

*/s/ Timothy J. Savage*
TIMOTHY J. SAVAGE, J.